# IN THE DISTRICT COURT OF THE UNITED STATES

## for the Western District of New York

|  |  |
|---|---|
| | MAY 2016 GRAND JURY<br>(Impaneled May 13, 2016) |
| **THE UNITED STATES OF AMERICA** | INDICTMENT |
| *-vs-* | |
| **LOREN GLEN WARNER** | **Violations:**<br>Title 18, United States Code,<br>Sections 2251(a), 2251(e),<br>2252A(a)(2)(A), and 2252A(a)(5)(B)<br>(4 Counts) |

### COUNT 1
### (Production of Child Pornography)

**The Grand Jury Charges That:**

On or about January 20, 2017, the exact date being unknown to the Grand Jury, in the Western District of New York, the defendant, **LOREN GLEN WARNER**, did knowingly employ, use, persuade, entice, and coerce a minor, that is, Minor Victim 1, a person known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and that such visual depiction would be transported and transmitted in and affecting interstate and foreign commerce; and the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and the visual

depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce.

**All in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).**

## COUNT 2
### (Receipt of Child Pornography)

**The Grand Jury Further Charges That:**

On or about January 20, 2017, the exact dates being unknown to the Grand Jury, in the Western District of New York, the defendant, **LOREN GLEN WARNER,** did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8), that is, an image of Minor Victim 1, a person known to the Grand Jury, that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and that had been shipped and transported using any means and facility of interstate and foreign commerce.

**All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).**

## COUNT 3
### (Possession of Child Pornography)

**The Grand Jury Further Charges That:**

From in or about December, 2016, through in or about January 2017, the exact dates being unknown to the Grand Jury, in the Western District of New York, the defendant, **LOREN GLEN WARNER**, did knowingly possess material, that is, a Samsung Galaxy S3 cellular telephone, that contained images of child pornography, as defined in Title 18, United

States Code, Section 2256(8), that had been shipped and transported using any means and facility of interstate and foreign commerce; that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; and that had been produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

**All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).**

# COUNT 4
### (Possession of Child Pornography)

**The Grand Jury Further Charges That:**

From in or about December, 2016, through in or about January 2017, the exact dates being unknown to the Grand Jury, in the Western District of New York, the defendant, **LOREN GLEN WARNER**, did knowingly possess material, that is, a Hewlett Packard Pavilion laptop computer, Serial No. CNF1322FFX, that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been shipped and transported using any means and facility of interstate and foreign commerce; that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; and that had been produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

**All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).**

# FORFEITURE ALLEGATION

**The Grand Jury Alleges That:**

Upon his conviction of Counts 1 through 4 of this Indictment, the defendant, **LOREN GLEN WARNER**, shall forfeit to the United States any matter which contains any such visual depiction of child pornography, which was produced, transported, mailed, shipped, or received and/or any and all property, real and personal, used or intended to be used to commit or to promote the commission of such offense, and all property traceable to such property, including but not limited to the following:

1. One (1) blue and white Samsung Galaxy S3 cellular telephone, FCC ID A3LSCH1535, MEID 256691517506447510; and

2. One (1) silver, Hewlett Packard Pavilion laptop, Serial No. CNF1322FFX.

**All pursuant to Title 18, United States Code, Sections 2253(a)(1) and 2253(a)(3).**

DATED: Buffalo, New York, June 29, 2017.

JAMES P. KENNEDY, JR.
Acting United States Attorney

BY: S/MARY C. BAUMGARTEN
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716-843-5864
Mary.Catherine.Baumgarten@usdoj.gov

A TRUE BILL:

S/FOREPERSON